**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>                  Plaintiff,<br><br>      v.<br><br>APPLE, INC.,<br><br>                  Defendants. | Civil Action No. 15-cv-542-UNA<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>                  Plaintiff,<br><br>      v.<br><br>HTC CORPORATION, AND<br>HTC AMERICA, INC.,<br><br>                  Defendants. | Civil Action No. 15-cv-543-UNA<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>                  Plaintiff,<br><br>      v.<br><br>LENOVO GROUP LTD.,<br>LENOVO (UNITED STATES) INC., AND<br>MOTOROLA MOBILITY LLC,<br><br>                  Defendants. | Civil Action No. 15-cv-544-UNA<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>                  Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>                  Defendants. | Civil Action No. 15-cv-545-UNA<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>ZTE CORPORATION,<br>ZTE (USA) INC., AND<br>ZTE SOLUTIONS INC.,<br><br>              Defendants. | Civil Action No. 15-cv-546-UNA<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff Evolved Wireless, LLC ("Evolved Wireless") hereby submits its corporate disclosure statement under Federal Rule of Civil Procedure 7.1. Evolved Wireless is a privately held limited liability company with no parent corporation. Further, no publicly held corporation owns 10% or more of Evolved Wireless.

Dated: June 26, 2015

*Of Counsel:*

Christopher K. Larus
Andrea L. Gothing
Ryan M. Schultz
**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
clarus@robinskaplan.com
agothing@robinskaplan.com
rschultz@robinskaplan.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

**Counsel for Plaintiff Evolved Wireless, LLC**