**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>APPLE, INC.,<br><br>                Defendant. | Civil Action No. 15-cv-542-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>HTC CORPORATION, AND<br>HTC AMERICA, INC.,<br><br>                Defendants. | Civil Action No. 15-cv-543-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>LENOVO GROUP LTD.,<br>LENOVO (UNITED STATES) INC., AND<br>MOTOROLA MOBILITY LLC,<br><br>                Defendants. | Civil Action No. 15-cv-544-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>                Defendants. | Civil Action No. 15-cv-545-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>ZTE CORPORATION,<br>ZTE (USA) INC., AND<br>ZTE SOLUTIONS INC.,<br><br>                Defendants. | Civil Action No. 15-cv-546-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Benjamen C. Linden, Andrew D. Hedden, Ryan E. Dornberger, and Anthony F. Schlehuber of Robins Kaplan LLP to represent Plaintiff Evolved Wireless, LLC in these matters.

Date: January 14, 2016

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300
302-777-0301
bfarnan@farnanlaw.com

*Attorney for Evolved Wireless, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Minnesota Bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Date: 1/14/16

Benjamen C. Linden
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
blinden@robinskaplan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Minnesota Bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Date: 1/13/16

Andrew D. Hedden
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
ahedden@robinskaplan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Minnesota Bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Date: 1-13-2016

Ryan E. Dornberger
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
rdornberger@robinskaplan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Minnesota Bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Date: 1/13/2016

Anthony F. Schlehuber
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
aschlehuber@robinskaplan.com