IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-542 (SLR) |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-543 (SLR) |
| | ) | |
| HTC CORPORATION and | ) | |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-544 (SLR) |
| | ) | |
| LENOVO GROUP LTD., | ) | |
| LENOVO (UNITED STATES) INC., and | ) | |
| MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-545 (SLR) |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. | ) | |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-546 (SLR) |
| | ) |
| ZTE CORPORATION, ZTE (USA) INC., | ) |
| and ZTE SOLUTIONS INC., | ) |
| | ) |
| Defendants. | ) |
| EVOLVED WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-547 (SLR) |
| | ) |
| MICROSOFT CORPORATION, | ) |
| MICROSOFT MOBILE OY and | ) |
| NOKIA INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' First Set of Common Interrogatories to Plaintiff Evolved Wireless, LLC* were caused to be served on February 22, 2016, upon the following in the manner indicated:

John C. Phillips, Jr., Esquire     *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Attorneys for Plainitff*

Christopher K. Larus, Esquire     *VIA ELECTRONIC MAIL*
Andrea L. Gothing, Esquire
Ryan M. Schultz, Esquire
Benjamin C. Linden, Esquire
Andrew D. Hedden, Esquire
Ryan E. Dornberger, Esquire
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
*Attorneys for Plaintiff*

2

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Rodger D. Smith II* |
| | _____ |
| OF COUNSEL: | Rodger D. Smith II (#3778) |
| | Jeremy A. Tigan (#5239) |
| Richard A. Cederoth | 1201 North Market Street |
| SIDLEY AUSTIN LLP | P.O. Box 1347 |
| One South Dearborn Street | Wilmington, DE 19801 |
| Chicago, IL 60603 | (302) 658-9200 |
| (312) 853-7000 | rsmith@mnat.com |
| | jtigan@mnat.com |
| Ellen S. Robbins | |
| SIDLEY AUSTIN LLP | *Attorneys for Defendants Microsoft* |
| 555 West Fifth Street | *Corporation, Microsoft Mobile Oy, and Nokia* |
| Los Angeles, CA 90013 | *Inc. (now known as Microsoft Mobile Inc.)* |
| (213) 896-6000 | |
| | |
| Joseph A. Micallef | |
| Anna M. Weinberg | |
| Woojoo Suh | |
| SIDLEY AUSTIN LLP | |
| 1501 K Street, N.W. | |
| Washington, DC 20005 | |
| (202) 736-8000 | |
| | |
| February 22, 2016 | |
| 9876424.1 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 22, 2016, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Plainitff* | *VIA ELECTRONIC MAIL* |
| Christopher K. Larus, Esquire<br>Andrea L. Gothing, Esquire<br>Ryan M. Schultz, Esquire<br>Benjamin C. Linden, Esquire<br>Andrew D. Hedden, Esquire<br>Ryan E. Dornberger, Esquire<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)