## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-542-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-545-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. and | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS APPLE INC.'S, SAMSUNG ELECTRONICS CO., LTD.'S AND SAMSUNG ELECTRONICS AMERICA, INC.'S JOINT MOTIONS *IN LIMINE*

Defendants' Apple Inc., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") respectfully move for an order granting the following motions *in limine*:

    I.    Motion *In Limine* No. 1: Preclude Evolved From Offering Evidence Regarding How Evolved Arrived At Its $0.25 Per-Device Figure

    II.    Motion *In Limine* No. 2: Preclude Dr. Cooklev And Evolved From Arguments, Evidence, And Testimony Regarding Infringement Under The Doctrine Of Equivalents

III.      Motion *In Limine* No. 3: Exclude Any Testimony Regarding Evidence Of, Or Reference To, The PTAB'S Decision Not To Institute IPR Proceedings Against The '373 Patent

IV.      Motion *In Limine* No. 4: Exclude Any Testimony Or Declarations From Any LG Electronics Witness

V.      Motion *In Limine* No. 5: Exclude Irrelevant Evidence Of Financial Resources And Size, As Well As Unfairly Prejudicial Dollar Amounts Of Sales Of Accused Products

VI.      Motion *In Limine* No. 6: Preclude Evolved From Relying On Documents Produced And Fact Testimony Disclosed More Than A Year After The Close Of Fact Discovery

The grounds for these motions *in limine* are fully set forth in Defendants' Opening Brief, filed concurrently herewith.  The parties conferred pursuant to D. Del. LR 7.1.1, and Evolved will oppose these motions.

Respectfully Submitted,

OF COUNSEL:

Michael D. Jay
Bill Ward, Ph.D.
Nandan R. Padmanabhan
Micol Small
Martin Ellison
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:  (310) 752-2400

Steven Holtzman
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel:  (510) 874 1000

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Stephanie E. O'Byrne (#4446)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      dmoore@potteranderson.com
      bpalapura@potteranderson.com
      sobyrne@potteranderson.com

*Counsel for Defendant Apple Inc.*

2

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel:  (202) 237-2727


OF COUNSEL:

Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel:  (650) 801-5100

John T. McKee
Thomas D. Pease
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel:  (212) 849-7000

SHAW KELLER LLP

By:    */s/ Nathan R. Hoeschen*
        John W. Shaw (#3362)
        Karen E. Keller (#4489)
        Andrew E. Russell (#5382)
        David M. Fry (#5486)
        Nathan R. Hoeschen (#6232)
        I.M. Pei Building
        1105 N. Market Street, 12th Floor
        Wilmington, DE 19801
        Tel: (302) 298-0700
        jshaw@shawkeller.com
        kkeller@shawkeller.com
        arussell@shawkeller.com
        dfry@shawkeller.com
        nhoeschen@shawkeller.com

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*


Dated:  August 30, 2018
5910527 / 42622

3