## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EVOLVED WIRELESS, LLC,     )
     )
     Plaintiff,     )    C.A. No. 15-542-JFB-SRF
     )
     v.     )    **JURY TRIAL DEMANDED**
     )
APPLE, INC.,     )
     )
     Defendant.     )

**APPLE INC.'S POST-TRIAL REQUEST THAT THE COURT DISMISS WITHOUT PREJUDICE ITS INVALIDITY COUNTERCLAIM AS TO U.S. PATENT NO. 7,809,373 AND ITS DEFENSE OF LICENSE AND PATENT EXHAUSTION, OR, IN THE ALTERNATIVE, THAT THE COURT GRANT JUDGMENT AS A MATTER OF LAW ON APPLE'S INVALIDITY COUNTERCLAIM AND SET APPLE'S LICENSE AND PATENT EXHAUSTION DEFENSE FOR TRIAL**

Defendant Apple Inc. ("Apple") respectfully requests that the Court dismiss without prejudice its invalidity counterclaim as to U.S. Patent No. 7,809,373 and its defense of license and patent exhaustion, or, in the alternative, Apple moves pursuant to Federal Rule of Civil Procedure 50 for judgment as a matter of law that U.S. Patent No. 7,809,373 is invalid, and requests that the Court schedule a bench trial on Apple's license and patent exhaustion defense. The grounds for Apple's post-trial requests are fully set forth in an opening brief filed concurrently with this motion.

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Michael D. Jay
Nandan R. Padmanabhan
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel:  (310) 595-3000

By:    /s/ David E. Moore
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Stephanie E. O'Byrne (#4446)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     bpalapura@potteranderson.com
     sobyrne@potteranderson.com

Mark D. Fowler
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Tel:  (650) 833-2000

*Attorneys for Defendant Apple, Inc.*

Kathryn Riley Grasso
Susan N. Acquista
Jacob Anderson
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101
Tel:  (619) 699-2700

Dated:  May 10, 2019
6207447 / 42622

2