# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15–542–JFB–SRF |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

**EVOLVED WIRELESS'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR A NEW TRIAL**

Evolved Wireless, LLC ("Evolved Wireless") respectfully renews its motions for judgment as a matter of law ("JMOL"), or alternatively, for a new trial pursuant to Fed. R. Civ. P. 50 and Fed. R. Civ. P. 59 on the issue of patent infringement. In addition, Evolved Wireless respectfully moves for a new trial due to erroneous evidentiary rulings pursuant to Fed. R. Civ. P 59 and Fed. R. Civ. P 61.

The grounds for the Motion are fully set forth in the accompanying opening brief.

Dated: May 10, 2019

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Christopher K. Larus (admitted *pro hac vice*)
Ryan M. Schultz (admitted *pro hac vice*)
John K. Harting (admitted *pro hac vice*)
Benjamen C. Linden (admitted *pro hac vice*)
Rajin S. Olson (admitted *pro hac vice*)
Austin B. Miller (admitted *pro hac vice*)
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
clarus@robinskaplan.com
rschultz@robinskaplan.com
jharting@robinskaplan.com
blinden@robinskaplan.com
rolson@robinskaplan.com
abmiller@robinskaplan.com

Annie Huang (admitted *pro hac vice*)
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
ahuang@robinskaplan.com

**Counsel For Plaintiff Evolved Wireless, LLC**