IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC,  )<br>  )<br>  Plaintiff,  )<br>  )<br> V.  )<br>  )<br> APPLE INC.,  )<br>  )<br>  Defendant.  )  | Civil Action No. 15-542-JFB-SRF<br><br>ORDER |

This matter before the Court on defendant Apple Inc.'s Motions for Judgment as a Matter of Law of Noninfringement and Invalidity at the Close of Plaintiff's Case (D.I. 513) and as to Damages Issues (D.I. 514), pursuant to Fed. R. Civ. P. 50(A). For the reasons articulated by the Court during the Rule 50 hearing at the close of evidence,

IT IS ORDERED:

1. Defendant Apple Inc.'s Motion for Judgment as a Matter of Law of Noninfringement and Invalidity (D.I. 513) is denied.

2. Defendant Apple Inc.'s Motion for Judgment as a Matter of Law as to Damages Issues (D.I. 514) is denied.

DATED this 9th day of August 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge